JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRENDA L. TRAUGOTT,**<br><br>                    PLAINTIFF,<br>v.<br><br>**PERSOLVE, LLC,**<br><br>                    DEFENDANTS. | Case No: 5:13-cv-00787-ABC-DTB<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE<br><br>**HON. AUDREY B. COLLINS** |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice.

IT IS SO ORDERED.

Dated: 3/17/14

_____
HON. AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE